IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

Courtroom Deputy: Bernique Abiakam　　　Date: July 12, 2013
Court Reporter:　Gwen Daniel

---

Civil Action No.: 13-cv-01580-WJM　　　<u>Counsel:</u>

TAYLOR F., by and through her parents
and next friends,
JON and MARY ANN F.,　　　　　　　　Katherine G. Gerland

　　　Plaintiffs,

v.

ARAPAHOE COUNTY SCHOOL
DISTRICT 5,　　　　　　　　　　　　　Kathleen A. Sullivan

　　　Defendant.

---

## COURTROOM MINUTES

---

HEARING: EVIDENTIARY

**9:32 a.m.　　Court in Session.**

Court calls case.  Appearances of counsel and parties.

Preliminary remarks by the Court.

Discussion regarding testimony schedule.

Discussion regarding "stay put" order.

9:37 a.m.　　Argument by Ms. Gerald.  Questions by the Court.

9:42 a.m.　　Argument by Ms. Sullivan.  Questions by the Court.

9:49 a.m.　　Plaintiffs witness, MaryAnn Hayes Freeman, called and sworn.

*13-cv-01580-WJM-KMT*
*Evidentiary Hearing*
*July 12, 2013*

9:50 a.m.     Direct examination begins by Ms. Gerland.

**Defendant's Exhibit A is offered by stipulation and admitted by the Court.**

9:51 a.m.     Continued direct examination by Ms. Gerland.

**Plaintiffs Exhibit 4 is offered by stipulation and admitted by the Court.**

9:58 a.m.     Continued direct examination by Ms. Gerland.

**Plaintiffs Exhibit 3 is offered by stipulation and admitted by the Court.**

10:01 a.m.    Continued direct examination by Ms. Gerland.

10:06 a.m.    Cross examination begins by Ms. Sullivan.

Objection regarding relevance of question.

Statement by Ms. Sullivan.

Statement by the Court.

10:08 a.m.    Continued cross examination by Ms. Sullivan.

10:12 a.m.    The Court addresses the witness.

Question reread.

10:13 a.m.    Continued cross examination by Ms. Sullivan.

10:14 a.m.    Redirect examination by Ms. Gerland.

10:17 a.m.    Witness excused.

10:18 a.m.    Plaintiffs witness, Philip Jon Freeman, called and sworn.

10:19 a.m.    Direct examination by Ms. Gerland.

Objection regarding relevance.

10:21 a.m.    Continued direct examination by Ms. Gerland.

Objection regarding leading questions.  Sustained.

*13-cv-01580-WJM-KMT*
*Evidentiary Hearing*
*July 12, 2013*

10:22 a.m.    Continued direct examination by Ms. Gerland.

10:28 a.m.    Cross examination begins by Ms. Sullivan.

No redirect.

10:30 a.m.    The Court questions the witness.

10:31 a.m.    Witness excused.

10:31 a.m.    Defendant's witness, John Richard Stanek, called and sworn.

10:32 a.m.    Direct examination begins by Ms. Sullivan.

**Defendant's Exhibit G is offered by stipulation and admitted by the Court.**

10:36 a.m.    Continued direct examination by Ms. Sullivan.

**Defendant's Exhibit F is offered by stipulation and admitted by the Court.**

10:37 a.m.    Continued direct examination by Ms. Sullivan.

**Defendant's Exhibit E is offered by stipulation and admitted by the Court.**

10:38 a.m.    Continued direct examination by Ms. Sullivan.

Objection regarding relevance

Statement by Ms. Sullivan.

Overruled.

10:50 a.m.    Continued direct examination by Ms. Sullivan.

**Defendant's Exhibit B is offered by stipulation and admitted by the Court.**

10:54 a.m.    Continued direct examination by Ms. Sullivan.

Objection.  Sustained.

10:56 a.m.    Cross examination begins by Ms. Gerland.

Objection.  Sustained.

*13-cv-01580-WJM-KMT*
*Evidentiary Hearing*
*July 12, 2013*

10:59 a.m.     Continued cross examination by Ms. Gerland.

Objection OVERRULED.

11:02 a.m.     Continued cross examination by Ms. Gerland.

Objection regarding "fact witness".

Comments by the Court.

11:16 a.m.     Continued cross examination by Ms. Sullivan.

No redirect examination.

11:17 a.m.     Witness excused.

11:18 a.m.     The Court questions Ms. Sullivan.

11:23 a.m.     Summation by Ms. Gerland.  Questions by the Court.

11:29 a.m.     Summation by Ms. Sullivan.

**ORDERED:   Motion For Mandatory Preliminary Injunction (Filed 6/17/13; Doc. No. 4)
                        is taken UNDER ADVISEMENT.**

**11:37 a.m.     Court is adjourned.**
Hearing concluded.
Total time in court: 2 hours 5 minutes.